# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES, et al.,<br><br>  Defendants. | Case No.: 1:12-cv-00641 - LJO - JLT<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

John Frederick Wheeler ("Plaintiff") seeks an extension of time to respond to the Findings and Recommendations that Plaintiff be declared a vexatious litigant. (Doc. 12). According to Plaintiff, he has been suffering pain in his ankles, and he requests an additional thirty days to file his objections. *Id.* Although the Court does not find good cause exists for the extension, Plaintiff will be granted additional time to file a response to the Findings and Recommendations.

However, Plaintiff is cautioned that this is the **final extension** that will be granted for him to file objections to the Findings and Recommendations. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

In addition, Plaintiff is reminded that any objections should be limited to only the matter before the Court and Plaintiff's status as a vexatious litigant, and the opportunity to file objections may not be used as an attempt to re-litigate cases which have been closed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for an extension of time (Doc. 12) is **GRANTED**; and
2. Plaintiff shall have an extension of time until **September 4, 2012**, to file objections to the Findings and Recommendations issued June 23, 2012.

IT IS SO ORDERED.

Dated:   **August 21, 2012**                             /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE