**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDERICK WHEELER, | ) Case No.: 1:12-cv-00641 - LJO - JLT |
| Plaintiff, | ) ORDER DISMISSING PLAINTIFF'S |
| v. | ) COMPLAINT WITHOUT PREJUDICE FOR |
| UNITED STATES, et al., | ) FAILURE TO PAY THE FILING FEE |
| Defendants. | ) |

John Frederick Wheeler ("Plaintiff") seeks to proceed with an action against the United States, John Van Boening, Clinica Sierra Vista, Kern Family Health Care, Dr. Hao Bui, and Dr. Kumar Vinoid for racial discrimination, violation of civil rights, and medical malpractice.  (Doc. 1). On September 10, 2012, the Court declared Plaintiff was a vexatious litigant and imposed pre-filing restrictions upon further filings. (Doc. 18).  In addition, Plaintiff's motion to proceed in forma pauperis was denied, and Plaintiff was ordered to pay the filing fee in this action within twenty-one days of the date of service of the order. Id. at 11.  To date, Plaintiff has failed to comply with the terms of the Court's order.

Significantly, as a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C § 1914(a).  An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C § 1915(a).  See Andrews v. Cervantes, 492 F.3d 1047, 1051 (9th Cir. 2007); Rodriguez v. Cook, 169 F.3d 1178, 1177 (9th Cir. 1999).  As noted above, Plaintiff's motion to proceed in forma pauperis

1

was denied, and but he has failed to pay the requisite filing fee pursuant to 28 U.S.C. § 1914(a). Thus, the action may not proceed before the Court at this time.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and
2. The Clerk of Court is DIRECTED to close this matter, because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 5, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE